original in C98-5695

FILED ____ LODGED
____ RECEIVED
SEP 09 1999
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

ENTERED
ON DOCKET
SEP 10 1999
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HEIDI PEDERSEN,

    Plaintiff,

        Case No. C99-5306FDB  (C98-5695)

    v.

HELI-JET CORPORATION,

    Defendant.

CYNTHIA STERN,

    Plaintiff,

        Case No. C98-5699 FDB

    v.

HELI-JET CORPORATION,

    Defendant.

DAVID LEEMAN,

    Plaintiff,

        Case No. C99-5129 FDB

    v.

HELI-JET CORPORATION,

    Defendant.

ORDER RE: CONSOLIDATION

ORDER - 1



Upon review of Defendant Heli-Jet's motion to consolidate and Plaintiff Leeman's opposition to that motion, the issue appears to merit further consideration. It is hereby ORDERED that Plaintiffs Pedersen and Stern may file a response to Defendant's motion to consolidate with the Court no later than September 27, 1999. If needed, Defendant Heli-Jet has until September 30, 1999 to review any response by Plaintiffs and file a response with the Court. Trial date is noted for October 1, 1999.

DATED this 9 day of September, 1999.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2

```
                                                          ec
                   United States District Court
                             for the
                   Western District of Washington
                         September 10, 1999


                 * * MAILING CERTIFICATE OF CLERK * *


Re:   3:99-cv-05129


True and correct copies of the attached were mailed by the clerk to the
following:


        David L Tift, Esq.
        RYAN, SWANSON & CLEVELAND
        STE 3400
        1201 3RD AVE
        SEATTLE, WA   98101-3034
        FAX 583-0359

        Richard P. Lentini, Esq.
        RYAN, SWANSON & CLEVELAND
        STE 3400
        1201 3RD AVE
        SEATTLE, WA   98101-3034
        206-654-2231

        Philip James Buri, Esq.
        BRETT & DAUGERT
        P O BOX 5008
        BELLINGHAM, WA   98227-5008
        FAX 1-360-647-1902

        FD
```